UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Case No. 1:05-md-1720 (MKB) (VMS)<br><br>**PLAINTIFFS' MOTION TO REMAND** |

Document Applies to:

*Palladino et al., v. JPMorgan Chase & Co* et al
Case No. 1:23-cv-1215-(MKB)-(VMS)

_____

      TO DEFENDANTS above named and your attorneys of record:

      Please Take Notice that Plaintiffs in this action, *JOHN PALLADINO, GARIB KARAPETYAN, STEVE PALLADINO, AND JOHN NYPL,* individually and on behalf of all those similarly situated, hereby move the Court for an Order remanding the above captioned case to the Superior Court of the State of California in and for the City and County of San Francisco. Plaintiffs' motion for remand herein is based upon the claims of Plaintiffs that the Federal Courts lack subject matter and personal jurisdiction of the claims asserted in this action.

      The motion is supported by the Memorandum of Points and Authorities In Support of Plaintiffs' Motion to Remand filed herewith, the Declaration of Jeffery K. Perkins filed herewith and such other oral or documentary evidence as may be presented at the hearing hereon.

Dated:  February 27, 2023

/s/ *Jeffery K. Perkins*
Jeffery K. Perkins, Attorney for Plaintiffs