UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| JOHN PALLADINO, GARIB KARAPETYAN, STEVE PALLADINO, AND JOHN NYPL, Individual Plaintiffs and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>JPMORGAN CHASE & CO., *et al.*<br><br>Defendants | PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION PURSUANT TO RULE 72(B)(2)<br><br>23-CV-1215<br>(Brodie, C.J.)<br>(Marutollo, M.J.) |

-----------------------------------------------------------X

**MARGO K. BRODIE, JUDGE**
**JOSEPH A. MARUTOLLO, MAGISTRATE JUDGE:**

REPLY MEMORANDUM:

The Second Amended Complaint clearly and succinctly alleges that the merchants are co-conspirators.

The Magistrate was required by law to accept the allegations as true, whether he agreed with them or not. See *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007); *Continental Ore Co. v. Union Carbide Corp.,* 370 U.S. 690 (1962).

By dismissing the Complaint, the Magistrate did not do what the law requires. Therefore, Plaintiffs' Objections to the Motion to Dismiss should and must be sustained, and the Magistrate's Report and Recommendation to dismiss Plaintiff's Second Amended Complaint should and must be overruled.

Dated: September 10, 2024          ALIOTO LAW FIRM

                              By:   */s/ Joseph M. Alioto*
                                    Joseph M. Alioto
                                    Attorneys for Plaintiffs

**PLAINTIFFS' COUNSEL**

Joseph M. Alioto Sr. (CSBN 42680)
One Sansome Street, 35th Floor
San Francisco, California 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: josephmalioto@aliotolaw.com

Tatiana V. Wallace (CSBN 233939)
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, California 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email:

Jeffery K. Perkins (CSBN 57996)
1550-G Tiburon Boulevard, #344
Tiburon, California 94920
Telephone: (415) 302-1115
Email:

Joseph M. Alioto Jr. (CSBN 215544)
ALIOTO LEGAL
One Sansome St., 35th Floor
San Francisco, CA 94104
Telephone: (415) 398-3800
Email:

Lawrence G. Papale (CSBN 67068)
LAW OFFICES OF LAWRENCE G. PAPALE
The Cornerstone Building
1308 Main Street, Suite 117
St. Helena, CA 94574
Telephone: (707) 963-1704
Email:

Theresa Moore (CSBN 99978)
LAW OFFICES OF THERESA D. MOORE
One Sansome Street, 35th Floor
San Francisco, CA 94104
Phone:  (415) 613-1414
Email:

Christopher A Nedeau (SBN 81297)
NEDEAU LAW PC
154 Baker Street
San Francisco, CA 94117-2111
Telephone: (415) 516-4010
Email: cnedeau@nedeaulaw.net