# ALIOTO LAW FIRM

ONE SANSOME STREET 35TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 434-8900
FACSIMILE (415) 434-9200

EMAILADDRESS:
jmalioto@aliotolaw.com

September 12, 2025

*Via ECF*

Honorable Debra Ann Livingston, Chief Judge
Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

*Via ECF*

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**DOCKET NO. 25-1490**

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Re:   *John Palladino, et al., v. JPMorgan Chase & Co., et al.* (Short Title: *Palladino v. JPMorgan Chase & Co.*) District Court Case No. 1:23-cv-1215-BMC-JAM

| | | | |
|---|---|---|---|
| : | *In Re* Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | : | Case No. 1:05-md-1720-BMC-JAM |
| : | | : | DC Court: E.D.N.Y BROOKLYN |
| : | | : | |
| : | **This Document Applies to:** | : | DC Docket No. 1:23-cv-1215 |
| : | *Palladino v. JPMorgan Chase & Co.* | : | DC Trial Judge: Hon. Brian M. Cogan |
| : | | : | |
| : | Case No. 1:23-cv-1215-BMC-JAM | : | |
| : | | : | |
| : | AC DOCKET No. 25-1490 | : | AC DOCKET No. 25-1490 |
| : | | : | AC Chief Judge Hon. Debra Ann Livingston |
| : | | : | |

**APPELLANTS' CASE STATUS UPDATE PURSUANT TO THE SECOND CIRCUIT COURT'S DIRECTION IN DOCUMENT 107 DATED JUNE 13, 2025**

1

To:    Honorable Debra Ann Livingston, Chief Judge
Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit

Honorable Brian M. Cogan
United States District Court
Eastern District of New York

On June 10, 2025, the *Palladino* Plaintiffs filed a Notice of Motion and Motion to Alter or Amend Judgment under FRCP Rule 59(e) and Rule 60 in the Eastern District of New York.  The same day, June 10, 2025, Plaintiffs/Appellants filed a Notice of Appeal.

On June 13, 2025, the Second Circuit Court stayed the appeal pending resolution of the Rule 59(e) and Rule 60 Motions before the District Court.  The Second Circuit Court on June 13th directed the Appellants to provide a written update every 30 days with respect to all activity pending in the Eastern District of New York [Doc 107.]  Set forth below are the E.D.N.Y. docket entries that describe all activity.

2025 06-10    Doc 105:
Notice of Motion and Motion to Alter or Amend Judgment Under FRCP Rule 59(E) and Rule 60.

2025 06-10    Doc 106
Notice of Appeal.

2025 06-11    Re [Doc 105]
ORDER re 2025 06-10 Motion by Plaintiffs to Alter or Amend Judgment. Order directs Defendants to reply to Plaintiffs' Motion by Jun 26th.

2025 06-11    Re [Doc 106]
[106] Notice of Electronic Filing Appeal Case 25-1490 APPEAL FILING FEE DUE.

2025 06-13    Doc 107
NOTICE OF REQUIRED CASE STATUS UPDATE, CA2 Docket # 25-1490; DC Docket # 1 23-cv-01215-MKB-JAM. Appeal stayed.

| | |
|---|---|
| 2025 06-13 | Re [Doc 107]<br>[107] Notice of Electronic Filing Appeal Case 25-1490 directs appellants to notify Appeals Court every 30 days in writing of the status of Plaintiffs'/Appellants' Doc 105 Notice of Motion and Motion to Alter or Amend Judgment Under FRCP Rule 59(E) and Rule 60. |
| 2025 06-17 | Doc 108<br>Defendants' Letter to Judge Brody seeks clarification of the Court's June 11th Order re Plaintiffs' Doc 105 Motion to Alter or Amend Judgment. |
| 2025 06-26 | Doc 109<br>Defendants' Memorandum in Opposition to Plaintiffs' Motion to Alter or Amend Judgment under Rules 59(e) & 60. |
| 2025 06-27 | Re [Doc 108]<br>[108] ORDER re Defendants' June 17th Letter directs Plaintiffs to respond by July 3rd. |
| 2025 07-03 | Doc 110<br>Plaintiffs' Reply to Defendants' Memorandum in Opposition to Plaintiffs' Motion to Alter or Amend Judgment under Rules 59(e) & 60. |
| 2025 07-11 | Re [Doc 108]<br>[108] ORDER re Defendants' Doc 108 June 17, 2025 Letter. Order concludes that Plaintiffs' Doc 105 Motion to Alter or Amend Judgment was timely filed. Order directs Defendants to file letter response by July 18th. |
| 2025 06-13 | Doc 111<br>Appellants' Case Status Update per Second Circuit Court's Direction in Doc 107 June 13, 2025 |
| 2025 07-18 | Doc 112<br>Defendants' letter in response to the District Court's July 11, 2025 order concluding that Plaintiffs' Doc 105 Motion to Alter or Amend Judgment was timely filed. |
| 2025 08-13 | Doc 113<br>Appellants' Case Status Update per Second Circuit Court's Direction in Doc 107 June 13, 2025 |
| 2025 08-29 | Doc 114<br>Jack Rabbit LLC RESPONSE in Opp re (9652 in 105-md-01720-MKB-JAM) MTN for Disbursement of Funds - Rule 23(b)(3) |
| 2025 09-05 | Doc 115<br>JPMDL Order Reassigning Litigation |

Respectfully Submitted,    September 12, 2025

**ALIOTO LAW FIRM**

*By: /s/ Joseph M. Alioto*
Joseph M. Alioto, Sr. (CSBN 42680)
Attorneys for Plaintiffs/Appellants

*By: /s/ Jeffery K. Perkins*
Jeffery K. Perkins (CSBN 57996)
Attorney for Plaintiffs/Appellants

**LAW OFFICES OF JEFFERY KENNETH PERKINS**
1550-G Tiburon Blvd., 344
Tiburon, California 94920
Telephone: 415-302-1115
Email: jefferykperkins@aol.com